**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Jonathan David Rinehimer, | : | Chapter 13 |
| | : | |
| Debtor | : | Bky. No. 23-13615 PMM |

## O R D E R

**AND NOW,** upon consideration of the Application for Compensation filed by Robert Kidwell, counsel for the Debtor (doc. no. 50, the "Application");

**AND** a Certificate of No Response to the Application having been filed on November 5, 2024;

**BUT** this bankruptcy case having been dismissed by Order dated December 5, 2024 (doc. no. 56, the "Dismissal Order");

**AND** the Dismissal Order not providing for retention of this court's jurisdiction to determine any pending matter;

It is therefore hereby **ORDERED** that the Application is **DENIED** for lack of jurisdiction.

*Patricia M. Mayer*

**Date: 12/6/24**

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**